**2003–0519.   Mangiopane v. Ohio Adult Parole Auth.**

In Habeas Corpus. On petition for writ of habeas corpus of Samuel Mangiopane. Sua sponte, cause dismissed.

MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER, COOK, LUNDBERG STRATTON and O'CONNOR, JJ., concur.

# MOTION AND PROCEDURAL RULINGS

**2001–0960.   Westside Cellular, Inc. v. Pub. Util. Comm.**

Public Utilities Commission, No. 93–1758–RC–CSS. On motion for clarification. Motion denied.
   MOYER, C.J., and LUNDBERG STRATTON, J., would deny as moot.

**2001–1158.   Cincinnati SMSA L.P. v. Pub. Util. Comm.**

Public Utilities Commission, No. 93–1758–RC–CSS. On motion for clarification of November 19, 2002 stay order and motion for extension of stay order pending appeal to the United States Supreme Court. Motions denied.

**2002–0803 and 2002–0837.   German v. Therm–O–Disc, Inc.**

Richland App. No. 01CA512, 2002-Ohio-1848. On motion to dissolve/lift stay of briefing. Motion denied.
   MOYER, C.J., and COOK, J., dissent.
   On motion to dismiss case. Motion denied.
   F.E. SWEENEY, J., dissents.

**2002–1815 and 2002–2008.   Theobald v. Univ. of Cincinnati.**

Franklin App. Nos. 02AP–560, 02AP–593, 02AP–597 and 02AP–598. On motion for admission pro hac vice of Douglas C. Holland by James P. Sullivan for Keith Theobald et al. Motion granted.

**2003–0396.   State v. Finger.**

Cuyahoga App. No. 80691, 2003-Ohio-402. On review of order certifying a conflict. The court determines that a conflict exists. Sua sponte, cause held for the decisions in 2002–1879, *State v. Johnson,* Cuyahoga App. No. 80459, 2002-Ohio-4581, and 2002–1888, *State v. Jordan,* Cuyahoga App. No. 80675, 2002-Ohio-4587; briefing schedule stayed.
   F.E. SWEENEY, J., dissents.

**2003–0406.   Keegan v. Am. Internatl. Group, Inc.**

Certified State Law Question, No. 3:02CV7127. On review of preliminary memoranda pursuant to S.Ct.Prac.R. XVIII(6). Sua sponte, cause held for the decision in 2002–1956, *Tucker v. Wilson,* Clermont App. No. CA2002–01–002, 2002-Ohio-5142; briefing schedule stayed.
   COOK, J., not participating.

**2003–0417.   Willow Park Convalescent Home, Inc. v. Crestmont Cleveland/Partnership.**

Cuyahoga App. Nos. 81147 and 81259, 2003-Ohio-172. On motion for stay of court of appeals' judgment. Motion granted and supersedeas bond continued.
   PFEIFER and O'CONNOR, JJ., dissent.